■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BOSWELL, SR., Appellant. (Appeal No. 2.) [984 NYS2d 901]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered July 5, 2011. The judgment convicted defendant, upon his plea of guilty, of promoting prison contraband in the first degree.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER BOSWELL, SR., Appellant. (Appeal No. 3.) [984 NYS2d 902]—Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered July 5, 2011. The judgment convicted defendant, upon his plea of guilty, of aggravated criminal contempt.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Boswell* ([appeal No. 1] 117 AD3d 1493 [2014]). Present—Scudder, P.J., Centra, Fahey, Sconiers and Valentino, JJ.